IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REPUBLIC HEIGHTS APARTMENTS, LP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-1345C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mr. Shalom Brilliant, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

/s/Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Dated: January 4, 2006

CERTIFICATE OF FILING

I hereby certify that on January 4, 2006, a copy of foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Shalom Brilliant